# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Lionra Technologies Limited ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Palo Alto Networks, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lionra Technologies Limited                                                                                          .

Date:   09/01/2022

/s/ Neil A. Rubin
*Attorney's signature*

Neil A. Rubin CA Bar No. 250761
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

nrubin@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print   Save As...   Reset