UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-334

Name of party requesting extension: Palo Alto Networks, Inc.

Is this the first application for extension of time in this case?
☐ Yes
☑ No

If no, please indicate which application this represents:
☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 9/1/2022

Number of days requested:
☐ 30 days
☑ 15 days
☐ Other ___ days

New Deadline Date: 11/6/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith
State Bar No.: 24001351
Firm Name: GILLAM & SMITH, LLP
Address: 303 South Washington Avenue
         Marshall, Texas 75670

Phone: (903) 934-8450
Fax:   (903) 934-9257
Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.