# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:22-cv-00334-JRG-RSP |
| PALO ALTO NETWORKS, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED                                                  .

Date:    10/04/2022                                             /s/ Seth Hasenour
                                                      *Attorney's signature*

                                          Seth Hasenour SBN 24059910
                                          *Printed name and bar number*

                                          BC LAW GROUP, P.C.
                                          200 Madison Avenue, 24th Floor
                                          New York, NY 10016

                                          *Address*

                                          shasenour@b-clg.com
                                          *E-mail address*

                                          (212) 951-0100
                                          *Telephone number*

                                          *FAX number*