**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>                         Plaintiff,<br><br>        v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>                         Defendant. | Civil Action No. 2:22-CV-00334 |

## PALO ALTO NETWORKS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Palo Alto Networks, Inc. ("PAN") hereby discloses that there are no parent corporations or publicly-held corporations owning 10% or more of PAN's common stock.

Date:  November 7, 2022

Respectfully submitted:

By: */s/ Melissa R. Smith*
Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (*pro hac vice* to be filed)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com

GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***Attorneys for Defendant***
***Palo Alto Networks, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on November 7, 2022.

/s/ Melissa R. Smith