UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff Lionra Technologies Limited ("Lionra") hereby notifies the Court that this action is ready for the scheduling conference set for November 17, 2022 before the Honorable Rodney Gilstrap. On November 7, 2022, Defendant Palo Alto Networks, Inc. ("Palo Alto") responded to Lionra's Complaint by filing Palo Alto's Answer and Affirmative Defenses to Plaintiff's Complaint for Patent Infringement. Dkt. No. 21.

The following motions are pending (with briefing not yet complete):

- Dkt. No. 21 – Cisco Systems, Inc's Rule 12(b)(6) Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101, filed on October 17, 2022.

- Dkt. No. 27 – Hewlett Packard Enterprise Co. and Aruba Networks LLC's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim of U.S. Patent No. 7,921,323, filed on October 28, 2022.

The patents asserted against Palo Alto in this case ("Patents-in-Suit")—U.S. Patent Nos. 7,685,436 (the "'436 Patent"), 7,921,323 (the "'323 Patent"), and 8,566,612 (the "'612 Patent")—are also asserted in the following cases pending in the United States District Court for the Eastern District of Texas:

| Case | Patents-in-Suit |
|---|---|
| *Lionra Technologies Limited v. Cisco Systems, Inc.*<br><br>Case No. 2:22-cv-00305-JRG-RSP (Member Case) | 7,302,708; 7,685,436; 7,916,630; 7,921,323; 8,566,612 |
| *Lionra Technologies Limited v. Fortinet Inc.*<br><br>Case No. 2:22-cv-00322-JRG-RSP (Lead Case) | 7,302,708; 7,685,436; 7,921,323; 8,566,612 |
| *Lionra Technologies Limited v. Hewlett Packard Enterprise Company, et al.*<br><br>Case No. 2:22-cv-00319-JRG-RSP (Member Case) | 7,916,630; 7,921,323 |
| *Lionra Technologies Limited v. Palo Alto Networks, Inc.*<br><br>Case No. 2:22-cv-00334-JRG-RSP (Member Case) | 7,685,436; 8,566,612; 7,921,323 |

Defendant Cisco Systems, Inc. made an appearance in the above-referenced action by filing its Rule 12(b)(6) Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101 on October 17, 2022. Dkt. 21. Defendant Fortinet, Inc. filed its Answer in the above-referenced action on October 28, 2022. Dkt. 30. Defendants Hewlett Packard Enterprise Co. and Aruba Networks LLC made an appearance in the above-referenced action by filing its Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim of U.S. Patent No. 7,921,323 on October 28, 2022. Dkt 27. On October 19, 2022, the Court issued its scheduling Order setting the scheduling conference for November 17, 2022 before the Honorable Rodney Gilstrap. Dkt. 20. Thus, there are no currently scheduled *Markman* Hearings and/or trials in the aforementioned cases.

Dated:  November 7, 2022                         Respectfully submitted,

*/s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

***Attorneys for Plaintiff Lionra Technologies Limited***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on November 7, 2022.

*/s/ Brett Cooper*
Brett Cooper
