IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § § § | |
| *Plaintiff*, | § § | CASE NO.  2:22-CV-00322-JRG-RSP |
| v. | § § | |
| FORTINET, INC, | § § § § | (LEAD CASE) |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| v. | § § | CASE NO.  2:22-CV-00334-JRG-RSP |
| PALO ALTO NETWORKS, INC., | § § § | (MEMBER CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Lionra Technologies Limited and Palo Alto Networks, Inc. (Dkt. No. 574.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the member action 2:22-cv-00334 with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the member case 2:22-cv-00334 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Lionra and Palo Alto not explicitly granted herein are **DENIED AS MOOT**.

2

The Clerk shall close Case No. 2:22-cv-00334. However, the Clerk of Court is directed to MAINTAIN AS OPEN the Lead Case, No. 2:22-cv-00322.

**So ORDERED and SIGNED this 24th day of July, 2024.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RODNEY GILSTRAP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE